United States District Court
Southern District of Texas
FILED

OCT 3 0 2000

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

Michael N. Milby
Clerk of Court

| **United States District Court** | District Southern District of Texas |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| John edward Mortimer | 82407-079 | B-98-466 |

Place of Confinement
FPC Eglin AFB, PO Box 600, Eglin AFB, FL 32542

B-00-171

| UNITED STATES OF AMERICA | V. | JOHN EDWARD MORTIMER |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack US District Court for the Southerna District of Texas, Brownsville Div., Brownsville, TX

2. Date of judgment of conviction 2/18/99

3. Length of sentence 80 months

4. Nature of offense involved (all counts) Count I:  Conspiracy to possess with intent to distribute over 100 kilos. of marijuana; Count II: aiding and abetting in the possession with intent to distribute marijuana.

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

**AO 243 (Rev. 5/85)**

9. If you did appeal, answer the following:

    (a) Name of court __United States Court of Appeals For the Fifth Circuit__

    (b) Result __AFFIRMED__

    (c) Date of result __1/4/2000__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

        (2) Nature of proceeding _____

        (3) Grounds raised_____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

        (5) Result_____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised_____

CMsPDF - www.fosina.com

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Conviction obtained pursuant to an unlawful search and seizure.

Supporting FACTS (state *briefly* without citing cases or law) The truck operated by the defendant was searched without the defendant's permission. As conceded by the government in page 11 of its brief before the 5th Circuit, the defendant allowed the investigatory agents permission solely to have a "closer look" at the vehicle. This did not rise to permission to commence a breakdown of the vehicle fuel system.

B. Ground two: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

Supporting FACTS (state *briefly* without citing cases or law): When the defendant was ordered to exit the truck, and to proceed to the office for interrogation, he was not free to leave, and was effectively under arrest. This was an illegal arrest based solely upon a hunch by the investigating agents, and all statements derived from such arrest should have been suppressed.

C. Ground three: Denial of Effective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law): The failure of defendant's attorney to renew his motion for directed verdict at the conclusion of all of the evidence resulted in a waiver of this argument. Upon direct appeal, the 5th Circuit was compelled by law to use a higheer standard of review than it would if the lawyer had remembered to renew the Rule 29 at the conclusion of all evidence.

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

¶12 A.B was not previously presented due to the failure of defense counsel to properly apply the law.  Ineffective assistance of counsel was the reason for this issue not having been raised before.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing — Sheldon Weisfeld, Esq. 855 East Harrison, Brownsville, TX  78520 _____

    (b) At arraignment and plea — Sheldon Weisfeld, Esq. _____

    (c) At trial Sheldon Weisfeld, Esq. _____

    (d) At sentencing — Sheldon Weisfeld, Esq. _____

**AO 243 (Rev. 5/85)**

(e) On appeal Rene Gomez, Esq.  225 Industrial Drive, Brownsville, TX 78521

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

October 21, 2000
(date)

_____
Signature of Movant