United States District Court
Southern District of Texas
FILED

OCT 3 0 2000

Michael N. Milby
Clerk of Court

IN FORMA PAUPERIS DECLARATION

__Southern District of Texas__
[Insert appropriate court]

B - 00 - 171

United States

v.

_____John Mortimer_____
(Movant)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _____John Mortimer_____, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.    Are you presently employed?   Yes ( )  No (x)

    a.   If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer._____
_____

    b.   If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received._____
_____

2.    Have you received within the past twelve months any money from any of the following sources?

    a.   Business, profession or form of self-employment?
        Yes ( )  No (x)
    b.   Rent payments, interest or dividends?   Yes ( )  No (x)
    c.   Pensions, annuities or life insurance payments?
        Yes ( )  No (x)
    d.   Gifts or inheritances?   Yes ( )  No (x)x
    e.   Any other sources?   Yes (x)  No (-)

if the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months._____
_____
~~Once a month, brother deposits approximately $50 in~~
~~commissary account at FPC Eglin for hygenic supplies such~~
~~as toothpaste and shampoo.~~

3.    Do you own any cash, or do you have money in a checking or savings account?
Yes (x)  No ( )   (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned. _$12_____
_____

4.    Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

no

– 8 –

If the answer is "yes," describe the property and state its approximate value._____

_____
_____
_____
_____
_____

5.  List the persons who are dependent upon you for support, state your relationship to
those persons, and indicate how much you contribute toward their support._____

_____
____n/a_____
_____
_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and
correct. Executed on _10-21-2000_
            (date)

_____
        Signature of Movant

−9−

## CERTIFICATE

I hereby certify that the movant herein has the sum of $ ~~50.00~~ 2.63 on account to his credit at the FPC Eglin AFB institution where he is confined.

I further certify that movant likewise has the following securities to his credit according to the records of said Federal Prison institution: w/a

_____
_____
_____

_I. King, Inmate Accounts_

**Authorized Officer of**
**Institution**

12/24/00