United States District Court
Southern District of Texas
ENTERED
NOV 0 2 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER | * | |
| VS | * | C.A. NO. B-00-171 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-466) |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **January 2, 2001**. Said response shall include the transcript of the trial.

DONE at Brownsville, Texas, this 1st day of November 2000.

Felix Recio
United States Magistrate Judge