IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**JAN 0 2 2001**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-98-466 |
| | § | |
| JOHN EDWARD MORTIMER | § | |
| Petitioner. | § | |
| (CA B-00-171) | § | |

## RESPONDENT'S MOTION FOR LEAVE
## TO FILE RESPONSE TWO DAYS OUT-OF-TIME

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government"
files this Motion for Leave to File Response Two Days Out-Of-Time
and in support thereof would show the court the following:

I.

On November 2, 2000, this court entered an order directing the
government to file a response to John Edward Mortimer's motion for
relief under 28 U.S.C. § 2255. The response was to be filed within
60 days of the date of the order or January 2, 2001. The
government has endeavored to comply with this date and would have
finished the response on Janury 2, 2001, save for the fact that
counsel was required to undergo physical therapy for a shoulder
injury. In addition, during the 60 days since the court entered
its order, the undersigned Assistant United States Attorney
prepared briefs and responses in the following matters: *United
States v. Jones*, filed on November 15, 2000; *United States v.
Henderson* filed on November 16, 2000; *United States v. Motino-
Garcia* and *United States v. Gonzalez-Medina* filed on November 20,

CPDF – www.fastio.com

2000; *United States v. Argueta-Ventura* filed on November 21, 2000; *United States v. LeBaron*, filed on November 27, 2000; *United States v. Thomas* filed on December 1, 2000; *United States v. Martinez*, H-00-3538, filed on December 15, 2000; *United States v. Rodriguez*, H-00-3829, filed on December 15, 2000; *United States v. Yunque*, G-00-639, filed on December 17, 2000; *United States v. Blandon-Rojas*, Case No. 00-40876, filed on December 18, 2000; *United States v. Bramlett*, H-00-3528, filed on December 18, 2000; *United States v. Rodriguez*, C-00-419, filed on December 20, 2000; *United States v. Pesina*, C-00-414, filed on December 21, 2000; *United States v. Rodriguez*, H-00-3371, filed on December 22, 2000; *United States v. Escobar*, Case No. 00-40721, filed on December 27, 2000; *United States v. Carlton*, H-90-328, filed on December 28, 2000; *United States v. Chuca*, H-97-153, filed on December 28, 2000; and *United States v. Serrato-Cardoso*, L-00-145, filed on January 2, 2001.

To facilitate this court's review of Mortimer's motion, the government was required to read it several times just to get a sense of the issues presented.  To assist the court in resolving the issues raised by Mortimer, the government believes it needs two additional days to complete its response. The government is seeking leave to file its response two days out of time so that justice may be done and not for purposes of delay.

Accordingly, the government prays that this court enter an

2

order granting it leave to file its response to Mortimer's motion for § 2255 relief two days out-of-time or until January 4, 2001.

                    Respectfully submitted,


                    MERVYN M. MOSBACKER
                    United States Attorney

          By:       _____
                    JAMES L. TURNER
                    Assistant United States Attorney
                    TX Bar No. 20316950
                    SD Tex ID No.  1406
                    P.O. Box 61129
                    Houston, TX 77208
                    (713) 567-9102

3

## CERTIFICATE OF SERVICE

I, James L. Turner, do hereby certify that a copy of the foregoing Respondent's Motion for Leave to File Response Two Days Out-of-Time has been mailed on this the 2nd day of January, 2001, via certified mail, return receipt requested to

> Mr. John Edward Mortimer, pro se
> Prisoner No. 82407-079
> FPC Eglin AFB
> P.O. Box 600
> Eglin AFB, Florida 32542

JAMES L. TURNER
Assistant United States Attorney