6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk D. H. Ordy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | C A. B-00-171 |
| | § | |
| vs. | § | C.R. NO. B-98-466 |
| | § | |
| JOHN EDWARD MORTIMER | § | |
| (C.A. ~~H~~ B -00-171) | § | |

ORDER

It is hereby ORDERED that the government's motion for leave to file response two days out-of-time is granted.

SIGNED this _____4th_____ day of _____January_____ 2001.

UNITED STATES MAGISTRATE JUDGE