*rec'd 1/8/01*

*7*

November 27, 2000

John Mortimer
82407-079
Federal Detention Center
501 Capital Circle, N.E.
Tallahassee, FL  32301

United States District Court
Southern District of Texas
FILED

JAN - 8 2001

Michael N. Milby, Clerk of Court

Honorable Felix Recio
 United States Magistrate Judge
United States District Court
 for the Southern District of Texas
(Brownsville Division)
Post Office Box 61010
Houston, TX  77208

          RE:  John Edward Mortimer vs. United States of America
               Case Number B-00-171  (Cr. No. B-98-466)

Dear Judge Recio:

          With regard to the above-referenced case I am present-
ly an inmate holdover in transit to my designated facility
at the Federal Prison Camp located at Edgefield, South Carol-
ina.  Due to the holiday seasons of Thanksgiving and as the
Christmas and New Year's holiday season beginning, I do not
expect to arrive at FPC Edgefield until early January 2001.

          For the above-stated reasons I need time to respond to
your Order dated November 2, 2000 where the Government was
ordered to vacate or correct my sentence by January 2, 2001,
if it is necessary for me to respond.

          Thank you for your consideration and attention in this
matter.

          With best wishes.

                         Sincerely,

                         John Mortimer

                         New Add.
                         F.P.C.
                         P.O. Box 725
     cc:  file           EDGEFIELD, South

NEW Add ———>

24824

*Olivia,*
*this is a*
*request for*
*extension,*
*please docket*
*Ona*