

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-171 |
| | § | (CRIMINAL NO. B-98-466) |
| UNITED STATES OF AMERICA | § | |
| | § | |

## ORDER

Petitioner Mortimer's letter, filed on January 8, 2001, appears to request additional time to file a brief in support of his § 2255 Motion. In consideration of this request, Petitioner may have until February 20, 2001, to file a brief which provides (1) facts and legal authority to support his § 2255 Motion, and (2) a response to the Government's Response to Petitioner § 2255 Motion for Relief.[1]

DONE in Brownsville, Texas this 12th day of January, 2001.

Felix Recio
United States Magistrate Judge

---

[1] See **Pleading No. 5**.

1