United States Courts
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby, Clerk

John E. Mortimer
#82407-079/D-2
Satellite Prison Camp
P.O. Box 725
Edgefield, South Carolina
29824

January 25, 2001

United States District Court
Southern District of Texas
RECEIVED

FEB 0 2 2001

Michael N. Milby, Clerk

Office of the Clerk
United States District Court
  Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

Re: United States of America v. Mortimer,
    Case No.: C.A. B-00-171
              Cr.  B-98-466

Dear Clerk:

The purpose of this letter is to request that your office make a notation in its files to reflect my correct mailing address. All correspondence should be forwarded to:

John E. Mortimer
#82407-079/D-2
Satellite Prison Camp Edgefield
P.O. Box 725
Edgefield, South Carolina 29824

Thank you for assisting me in this matter.

Sincerely,

John E. Mortimer

cc: Office of the United States Attorney