10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                    C.R. NO. B-93-466

JOHN EDWARD MORTIMER
(C.A. B-00-171)

PETITIONER'S MOTION TO COMPEL
AND FOR FURTHER EXTENSION OF TIME

Petitioner, JOHN EDWARD MORTIMER, pro se, moves this Honorable Court for the entry of its Order a) compelling the government to file and serve upon him its Response to his Motion filed pursuant to 28 U.S.C. 2255, and b) grant him an additional 60 days, to and including April 20, 2001, to file his supplemental brief supporting his 2255 Motion and his Reply to the government's Response. As grounds therefore, Petitioner avers:

1. In its Order dated November 1, 2000, this court ordered the government to respond to Petitioner's 2255 Motion by January 2, 2001. The Order also directed the government to include the trial transcript in its Response.

2. On January 4, 2001, this court granted the government's motion for leave to file its Response two days late.

3. For reasons unknown to Petitioner, he has yet to receive the government's Response. Petitioner was transferred to the Federal Prison Camp at Edgefield, South Carolina, in early January, 2001, and the problem may well be that the government has filed its Response as directed, but that the Bureau of

Prisons has not forwarded that Response to Petitioner. In any event, it is not Petitioner's fault that he has not received the Response.

      4. Even if Petitioner were to receive the government's Response in this evening's mail (which he considers highly unlikely) Petitioner, who is unskilled in the law and is acting pro se, would be unable to comply with the deadline now imposed. Granting the 60-day extension of time will allow the government (or the Bureau of Prisons) to rectify the error and allow Petitioner sufficient time after receiving the government's Response to file what he hopes will be an adequate supplemental memorandum and Reply.(Presently, the deadline to file these pleadings is Febrary 20, 2001.)

      Wherefore, Petitioner prays that this Honorable Court will compel the government to file and serve upon him its Response to his 2255 Motion (including the trial transcript) and will grant him 60 additional days, to and including April 20, 2001, to file his supplemental brief supporting his 2255 Motion and his Reply to the government's Response.

      Respectfully submitted,

      */s/ John Mortimer*
      JOHN MORTIMER, pro se
      Reg. # 82407-079
      P.O. Box 723
      Edgefield, S.C. 29824-0723

      I HEREBY CERTIFY that a true and correct copy of this Motion was sent via U.S. Mail this 9th day of February, 2001 to James L. Turner, Assistant U.S. Attorney, 600 E. Harrison Street, # 201, Brownsville, Texas 78520-7114.

      */s/ John Mortimer*
      John Mortimer