11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOHN EDWARD MORTIMER

v.

UNITED STATES OF AMERICA

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. B-00-171
(CRIMINAL NO. B-98-466)

## ORDER

In consideration of Petitioner Mortimer's Motion for Further Extension of Time, Petitioner may have until April 20, 2001, to file a brief which provides (1) facts and legal authority to support his § 2255 Motion, and (2) a response to the Government's Response to Petitioner § 2255 Motion for Relief.[1]  To facilitate this response, the District Clerk is hereby ORDERED to mail a copy of the Government's "Response to Motion for Relief Under 28 U.S.C. § 2255" to Petitioner's current address.[2]  Additionally, to the extent that it is needed, the Government is hereby ORDERED to respond to Petitioner's brief by May 25, 2001.

DONE in Brownsville, Texas this 26th day of February, 2001.

Felix Recio
United States Magistrate Judge

---

[1]   See Pleading No. 10.

[2]   See Pleading No. 5.

1

ClibPDF - www.fastio.com