IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 0 6 2001

Michael N. Milby, Clerk

JOHN EDWARD MORTIMER )
)   C.A. NO. B-00-171
vs. )   (CR. NO. B-98-466)
)
UNITED STATES OF AMERICA )

PETITION TO ENFORCE PETITIONER'S 28 U.S.C. SECTION 2255 MOTION TO VACATE AND SET ASIDE SENTENCE.

ON NOVERMBER 2, 2000, PETITIONER WAS GRANTED HIS MOTION TO COMPEL THE UNITED STATES OF AMERICA TO RESPOND ON OR BEFORE JANUARY 2, 2001, AND, THE ORDER OF FELIX RECIO, UNITED STATES MAGISTRATE JUDGE WAS ISSUED NOVEMBER 2, 2000. (Photocopy of said ORDER attached hereto as Exhibit "a").

BY ORDER EXECUTED, SIGNED, JANUARY 4, 2001, THE UNITED STATES OF AMERICA WAS GRANTED "TWO DAYS OUT-OF-TIME" TO RESPOND. (Photocopy of said ORDER attached hereto as Exhibit "B").

AS OF THE DATE HEREOF, THURSDAY, FEBRUARY 22, 2001, THE UNITED STATES OF AMERICA HAS NOT RESPONDED, AND THEREFORE, THE PETITIONER SEEKS RELIEF AS FOLLOWS:

1) DENY THE UNITED STATES OF AMERICA ANY FURTHER RIGHT(S) TO RESPOND AND DENY ANY EXTENSIONS TO RESPOND TO PETITIONER'S 28 U.S.C. SECTION 2255 MOTION AND TO PETITIONER'S MOTION HEREIN BASED UPON THE UNITED STATES OF AMERICA'S DEFAULT AND FAILURE TO RESPOND TIMELY.

2) CAUSE THE UNITED STATES OF AMERICA TO IMMEDIATELY GRANT THE FULL RELIEF PRAYED FOR IN HIS 28 U.S.C. SECTION 2255 MOTION. (Photocopy of said MOTION attached hereto as Exhibit "C").

PETITION SIGNED THIS  27  DAY OF FEBRUARY 2001.

_John E. Mortimer_
JOHN EDWARD MORTIMER PRROSSE

PAGE 1 of 1