13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER | * | |
| | * | |
| VS | * | C.A. NO. B-00-171 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-466) |

# ORDER DENYING PETITIONER'S MOTION TO COMPEL AND FOR FURTHER EXTENSION OF TIME

On this the 9th day of March 2001, came on to be considered Petitioner's Motion to Compel and for Further Extension of Time (Pleading No. 10). The Court after considering said Motion is of the opinion that the Motion should be **denied**.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 9th day of March 2001.

_____
Felix Recio
United States Magistrate Judge