UNITED STATES COURTS
Southern District of Texas
FILED

MAR 2 6 2001

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

JOHN EDWARDS MORTIMER, §
  MOVANT, §
  §
  §
  § IN REF: C.A. NO. B-00-171
VS. § (CR.NO. B-98-468)
  §
  §
UNITED STATES OF AMERICA, §
  RESPONDANT. §
  §

## MOVANT'S PRO SE MOTION TO REQUEST TIME EXTENSION TO FILE 28 USC § 2255 SUPPLEMENTAL BRIEF

COME NOW, John Edwards Mortimer, PRO SE and Movant in the above captioned case number and respectfully shows the Court the following:

1. Movant is currently in custody at the Federal Satellite Camp, Edgefield, S.C. 29824 adjacent to the Federal Correctional Institution, Edgefield, S.C.

2. The current Law Library at the Satellite Camp lacks the necessary research materials needed to expedite the Supplemental Brief as order by this Court. As the court very well knows, this Movant is PRO SE and does not have any professional legal training nor is he represented by counsel.

[ 1 ]

3. All shepardized requests need to be processed through the main law library at FCI Edgefield and this process is lengthly and time consuming.

4. Based an on the current conditions of law library and lack of other resources therein, this Movant will not be able to file a Supplemental Brief before the April 20, 2001 deadline ordered by this court.

WHEREFORE, Based on the premises presented herein, the Movant respectfully requests that this court grant an additional 60 days to allow this movant ample time to request, recieve and research an adequate supplemental brief as ordered by this court. Movant hereby prays this Honorable court will grant this extension and notify this Movant as soon as possible of its decision.

VERY RESPECTFULLY SUBMITTED,

*[signature]*

John Edward Mortimer
Reg. 82407-079
Federal Prison Camp
P.O. Box 725
Edgefield, SC 29824-0725

[ 2 ]

## CERTIFICATE OF SERVICE

I, John Edward Mortimer, Reg. No. 82407-079, do hereby swear under the penalties of perjury pursuant to 18 U.S.C. § 1746, that a true and correct copy of the foregoing motion:

    Movant's PRO SE Motion to request Time extension to file 28 U.S.C. §2255 Supplemental Brief,

and such motion was placed in the legal mailbox postage pre-paid at the Federal Prison Camp, Edgeild, S.C. 29824 and mailed on this 22 day of March, 2001 to the following parties:

Office of the United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, TX 77208

Very respectfully submitted,

*/s/ John Mortimer*

John Edward Mortimer
Reg. No. 82407-079
Federal Prison Camp
P.O. Box 725
Edgefield, S.C. 29824-0725

[   ]