15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOHN EDWARD MORTIMER §
§
§
§
v. § CIVIL ACTION NO. B-00-171
§ (CRIMINAL NO. B-98-466)
UNITED STATES OF AMERICA §
§
§

## ORDER

1. Having inadvertently issued inconsistent orders regarding Petitioner Mortimer's Motion for Further Extension of Time,[1] this Court hereby withdraws its March 9th "Order Denying Petitioner's Motion to Compel and for Further Extension of Time."[2] Accordingly, this Court's Order of February 28, 2001, is now the controlling order.[3]

2. However, in consideration of Petitioner's "Motion to Request Time Extension to File 28 U.S.C. § 2255 Supplemental Brief,"[4] this Court will now give Petitioner until May 20, 2001, to comply with the directions contained in the Court's Order of February 28, 2001.

---

[1] *See* Pleading No. 10.

[2] *See* Pleading No. 13.

[3] *See* Pleading No. 11.

[4] *See* Pleading No. 14.

1

3. In light of the Petitioner's extension, the Government's response is now due on June 25, 2001.

DONE in Brownsville, Texas this 12th day of April, 2001.

*Felix Recio*
Felix Recio
United States Magistrate Judge