18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER | * | |
| VS | * | C.A. NO. B-00-171 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-466) |

### MINUTE ENTRY

Due to conflict of interest, the above-captioned case is hereby TRANSFERRED to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 10th day of July 2001.

_____
Felix Recio
United States Magistrate Judge