

```
IN THE UNITED STATES DISTRICT COURT              United States Courts
   FOR THE SOUTHERN DISTRICT OF TEXAS           Southern District of Texas
          -BROWNSVILLE DIVISION-                        FILED

JOHN E. MORTIMER,                  §                SEP 10 2001
     Plaintiff-Petitioner,         §
                                   §
                                   §        Michael N. Milby, Clerk of Court
VS.                                §   CIVIL ACTION No. B-00-17
                                   §        B-00-CV171
                                   §   CRIMINAL No. B-98-466
UNITED STATES OF AMERICA,          §
     Defendant-Respondent.         §
                                   §
```

### PETITIONER'S PRO SE MOTION FOR EXTENSION OF TIME TO RESPOND TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION OF 20 AUGUST 2001.

**COMES NOW,** John E. Mortimer (Mortimer) and respectfully submits the following to this Honorable Court:

(1) That Mortimer received this Brief on or about August 28, 2001 via U.S. Postal Mail at the Federal Prison Camp, Edgefield, S.C. 29824-0725.

(2) That Mortimer has very little or no acccess to Law Library Materials at this Institution.

(3) That Mortimer requires at least -30- days to prepare an intelligent and adequate response to the Magistrate Judge's Report and Recommendation dated 20 August, 2001.

(4) Mortimer is an Indigent Petitioner with -0- assets nor income and cannot afford legal representation in this matter, therefore is limited to preparing the response himself.

**WHEREFORE,** after all premises considered herein, Mortimer prays this Honorable Court will grant him the relief sought in a expedient matter.

Very respectfully submitted,

*/s/ John E. Mortimer*
John E. Mortimer
82407-079
Federal Prison Camp
P.O. Box 725
Edgefield, SC 29824-0725

**SHIPPED AUG 3 0 2001**

## CERTIFICATE OF SERVICE

I, John E. Mortimer, Reg. No. 82407-079, an indigent inmate currently in the federal custody of the U.S. Attorney at Federal Prison Camp, P.O. Box 725, Edgefield, S.C. 29824-0725, hereby swear under the penalties of perjury pursuant to 18 U.S.C. 1746 that a true and correct copy of the foregoing PETITIONER'S PRO SE MOTION FOR EXTENSION OF TIME was placed in the U.S. Mailbox at Federal Prison Camp this 30 day of August, 2001 postage pre-paid and copy sent to:

CLERK OF THE COURT
U.S. DISTRICT COURT
P.O. Box 61010
Houston, TX 77208

James L. Turner
U.S. Attorney
P.O. Box 61129
Houston, TX 77208

Respectfully submitted,

*[signature]*

John E. Mortimer
Reg. No. 82407-079
Federal Prison Camp
P.O. Box 725
Edgefield, SC 29824-0725

**SHIPPED AUG 3 0 2001**