

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN E. MORTIMER,
    Plaintiff-Petitioner §
§
§    CIVIL ACTION NO. B-00-171
§    CR. NO. B-98-466
§
VS. §
§
§
§
UNITED STATES OF AMERICA §
    Defendant-Respondant

## PRO SE MOTION FOR NOTICE OF APPEAL
## IN CIVIL CASE NUMBER B-00-171, §2255 MOTION

    COMES NOW, the Petitioner, John E. Mortimer and respectfully submits to this Honorable Court this PRO SE Motion for Notice of Appeal on the Decision of the District Court entered September 12, 2001 denying Petitioner his Motion pursuant to 28 USC §2255.

    Petitioner also aserts that he is indigent and cannot afford Court Costs in connection with this appeal.  Please forward him a new docket sheet for the appeal and any other forms this Court deems necessary.

A certified copy of this Motion is being placed in the U.S. Mail and a true and correct copy being forward to the U.S. Attorney at the address shown below and to the U.S. Clerk of the Court, Houston, Texas.


Very respectfully submitted,

_[signature]_    9/20/2001
John E. Mortimer
Reg. No. 82407-079
Federal prison Camp
P.O. Box 725
Edgefield, S.C. 29824-0725


Mr. James Turner, AUSA
P.O. Box 61129
Houston, Texas 77208

ClibPDF - www.fastio.com