24

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN E. MORTIMER, §
    PETITIONER-PLAINTIFF, §
§
VS. § CIVIL ACTION NO. B-00-171
§ CR. NO. B-98-466
§
UNITED STATES OF AMERICA, §
    RESPONDANT-DEFENDANT. §
§

## MOTION FOR CLARIFICATION ON STATUS OF APPEAL OF 28 USC § 2255

    **COMES NOW,** James E. Mortimer, and respectfully submits the following:

1) On September 12, 2001, the Court **Closed** the above captioned case adopting the report and recommendations of Magistrate Black.

2) On September 12, 2001, that very same day, Petitioner Mortimer mailed via USPS to the Clerk of the Court his Pro Se Motion for Notice of Appeal in the case at bar.

3) Apparently, the Court received this Notice of Appeal **(13) (Thirteen Days Later)** on or about **September 25, 2001.**

    **WHEREFORE,** After considering all of the facts presented herein, it is the opinion of the Petitioner that his Notice of Appeal is timely filed and therefore, respectfully requests the 5th Circuit Court of Appeals to issue a docket number so Petitioner may move forward with the submission of briefs and Memorandum of law. Petitioner also requests that the Court advise him of the status of this appeal in a timely manner not to exceed 10 business days from the receipt of this letter.

Respectfully submitted,

*/s/ John E. Mortimer*
John E. Mortimer
Reg. No. 82407-079
Federal Prison Camp
P.O. Box 725
Edgefield, S.C. 29824-0725

## CERTIFICATE OF SERVICE

I, John E. Mortimer hereby certify under the penalties of perjury 18 USC §1762, that a true and correct copy of the foregoing Motion for Clarification on Status on Appeal of 28 USC § 2255 was placed in the U.S. Mail, postage pre-paid and said certified copy was mailed to: Clerk of the Court, 600 E. Harrison St, Suite 600, Brownsville, TX 78520-7114 and Mr. James Turner, AUSA, P.O. Box 61129, Houston, Tx 77208 on this **26** day of November, 2001.

Respectfully submitted,

*/s/ John E. Mortimer*
John E. Mortimer
Petitioner