IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-40892

---

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN EDWARD MORTIMER

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

U.S. COURT OF APPEALS
**FILED**
JUL 22 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JUL 29 2002
Michael N. Milby
Clerk of Court

B-00-171

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 22, 2002, for want of prosecution. The appellant failed to timely pay docketing fee.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                                  James deMontluzin, Deputy Clerk

                              FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                Deputy    JUL 22 2002
New Orleans, Louisiana

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

MAIL

July 22, 2002

United States District Court
Southern District of Texas
RECEIVED

JUL 2 9 2002
10:25 pm WA
Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

No. 02-40892  USA v. Mortimer
USDC No. B-00-CV-171
         B-98-CR-466-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc: w/encl:
    Mr John Edward Mortimer
    Mr James Lee Turner

MDT-1