AO 240  (Rev. 9/96)

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

# United States District Court

SOUTHERN

DISTRICT OF ——————
TEXAS

UNITED STATES OF AMERICA

Plaintiff

V.

John Edward Mortimer
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

U.S. COURT OF APPEALS
RECEIVED
AUG 2 3 2002
NEW ORLEANS, LA

CASE NUMBER: B-00-CV-171
B-98-CR-

I,  John Edward Mortimer                          declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above—entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          [X] Yes          [ ] No          (If "No" go to Part 2)

If "Yes" state the place of your incarceration  FEDERAL PRISON CAMP, EDGEFIELD, SC 29824-0725

Are you employed at the institution? YES    Do you receive any payment from the institution? $43.00/mo.

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          [ ] Yes          [X] No

a.  If the answer is "Yes" state the amount of your take—home salary or wages and pay period and give the name and address of your employer.

b.  if the answer is "No" state the date of your last employment, the amount of your take—home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

a.  Business, profession or other self—employment          [ ] Yes          [x] No
b.  Rent payments, interest or dividends                   [ ] Yes          [x] No
c.  Pensions, annuities or life insurance payments         [ ] Yes          [X] No
d.  Disability or workers compensation payments            [ ] Yes          [X] No
e.  Gifts or inheritances                                  [ ] Yes          [X] No
f.  Any other sources                                      [X] Yes          [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.
$40.00 Family Gift

AO 240 (Rev. 9/96)  (Reverse)

4.   Do you have **any** cash or checking or savings accounts?   ☐Yes   ☒ No

     If "Yes" state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

     If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

     Edward Mortimer (Father)

I declare under penalty of perjury that the above information is true and correct.
State of South Carolina
County of Edgefield

The foregoing instrument was acknowledged
before me this 19th day of August , 2002,
by John Mortimer .

8-19-02

Notary Public for South Carolina          SIGNATURE OF APPLICANT
My Commission Expires: 10/26/05  Kelly a. Hammond

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ACCOUNT
STATEMENT
CI EDGEFIELD--LIMITED OFFICIAL USE

DATE 08/20/02
PAGE No.01

Account # 82407079

MORTIMER, JOHN E.
D2

| ---BEGINNING--- AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 20.76 | .00 | .00 | .00 | 20.76 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 41E087 | 16:45 | 09-30-01 | DEPOSIT ITS FUNDS | 2.00- | | 18.76 |
| 000069 | 13:18 | 10-01-01 | SALE / REGULAR | 12.10- | | 6.66 |
| SEP01P | 13:31 | 10-01-01 | PERFORMANCE PAY | 26.04 | | 32.70 |
| 000075 | 13:36 | 10-01-01 | SALE / REGULAR | 1.35- | | 31.35 |
| 422203 | 22:44 | 10-01-01 | DEPOSIT ITS FUNDS | 1.00- | | 30.35 |
| 4242AE | 21:57 | 10-02-01 | DEPOSIT ITS FUNDS | 2.00- | | 28.35 |
| 4289A5 | 22:10 | 10-04-01 | DEPOSIT ITS FUNDS | 1.00- | | 27.35 |
| 42C28A | 19:24 | 10-06-01 | DEPOSIT ITS FUNDS | 1.00- | | 26.35 |
| 42FA70 | 18:08 | 10-08-01 | DEPOSIT ITS FUNDS | 1.00- | | 25.35 |
| 000054 | 12:01 | 10-09-01 | SALE / REGULAR | 16.10- | | 9.25 |
| 43447F | 22:50 | 10-10-01 | DEPOSIT ITS FUNDS | 1.00- | | 8.25 |
| 43879A | 15:53 | 10-13-01 | DEPOSIT ITS FUNDS | 1.00- | | 7.25 |
| 43CE64 | 16:43 | 10-16-01 | DEPOSIT ITS FUNDS | 1.00- | | 6.25 |
| 4403AF | 21:54 | 10-18-01 | DEPOSIT ITS FUNDS | 1.00- | | 5.25 |
| 441963 | 8:18 | 10-20-01 | DEPOSIT ITS FUNDS | 1.00- | | 4.25 |
| 443330 | 14:02 | 10-21-01 | DEPOSIT ITS FUNDS | 1.00- | | 3.25 |
| 4439B1 | 18:52 | 10-21-01 | DEPOSIT ITS FUNDS | 1.00- | | 2.25 |
| 445DD0 | 21:13 | 10-23-01 | DEPOSIT ITS FUNDS | 1.00- | | 1.25 |
| 447CEB | 17:10 | 10-25-01 | DEPOSIT ITS FUNDS | 1.00- | | .25 |
| OCT01P | 14:24 | 11-01-01 | PERFORMANCE PAY | 28.80 | | 29.05 |
| 45013D | 17:11 | 11-01-01 | DEPOSIT ITS FUNDS | 1.00- | | 28.05 |
| 450F12 | 19:21 | 11-01-01 | DEPOSIT ITS FUNDS | 1.00- | | 27.05 |
| 45707F | 11:14 | 11-04-01 | DEPOSIT ITS FUNDS | 1.00- | | 26.05 |
| OCTPAY | 8:32 | 11-05-01 | PERFORMANCE PAY | 15.00 | | 41.05 |
| 000070 | 12:54 | 11-05-01 | SALE / REGULAR | 23.55- | | 17.50 |
| 45B65C | 17:54 | 11-06-01 | DEPOSIT ITS FUNDS | 1.00- | | 16.50 |
| 45C481 | 21:27 | 11-06-01 | DEPOSIT ITS FUNDS | 1.00- | | 15.50 |
| 4613AD | 22:46 | 11-09-01 | DEPOSIT ITS FUNDS | 1.00- | | 14.50 |
| 461513 | 7:55 | 11-10-01 | DEPOSIT ITS FUNDS | 1.00- | | 13.50 |
| 4661DD | 21:04 | 11-12-01 | DEPOSIT ITS FUNDS | 1.00- | | 12.50 |
| 000054 | 12:22 | 11-13-01 | SALE / REGULAR | 9.70- | | 2.80 |
| 46A0CE | 19:30 | 11-15-01 | DEPOSIT ITS FUNDS | 1.00- | | 1.80 |
| 46DBFC | 11:20 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | | .80 |
| NOV01P | 10:33 | 12-03-01 | PERFORMANCE PAY | 28.80 | | 29.60 |
| NOV01P | 10:33 | 12-03-01 | PERFORMANCE PAY | 15.00 | | 44.60 |
| DECFRP | 12:05 | 12-03-01 | FIN. RESP. ACT | 25.00- | | 19.60 |
| 000068 | 12:55 | 12-03-01 | SALE / REGULAR | 18.85- | | .75 |
| T05370 | 12:51 | 12-04-01 | MONEY ORDER | 50.00 | | 50.75 |
| 48600F | 16:49 | 12-04-01 | DEPOSIT ITS FUNDS | 1.00- | | 49.75 |
| 486AD9 | 19:27 | 12-04-01 | DEPOSIT ITS FUNDS | 3.00- | | 46.75 |
| 48B32F | 22:18 | 12-06-01 | DEPOSIT ITS FUNDS | 1.00- | | 45.75 |

```
                    ACCOUNT
                   STATEMENT
'CI EDGEFIELD--LIMITED OFFICIAL USE        DATE 08/20/02
                                           PAGE No.02


                                  Account # 82407079


        MORTIMER, JOHN E.
        D2
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|------|
| 48E60E | 19:31 | 12-08-01 | DEPOSIT ITS FUNDS | 1.00- | 44.75 |
| 48F984 | 15:00 | 12-09-01 | DEPOSIT ITS FUNDS | 1.00- | 43.75 |
| 000083 | 13:02 | 12-10-01 | SALE / REGULAR | 32.95- | 10.80 |
| 000086 | 13:08 | 12-10-01 | SALE / REGULAR | 3.70- | 7.10 |
| 000090 | 13:13 | 12-10-01 | SALE / REGULAR | 2.35 | 9.45 |
| 492DDD | 16:54 | 12-11-01 | DEPOSIT ITS FUNDS | 1.00- | 8.45 |
| 0887 | 12:48 | 12-12-01 | COMMISSARY FORM | 5.00- | 3.45 |
| 49A8EA | 10:44 | 12-16-01 | DEPOSIT ITS FUNDS | 1.00- | 2.45 |
| 49C72F | 17:16 | 12-17-01 | DEPOSIT ITS FUNDS | 1.00- | 1.45 |
| 4A8FA8 | 17:02 | 12-25-01 | DEPOSIT ITS FUNDS | 1.00- | .45 |
| DEC02P | 10:57 | 01-02-02 | PERFORMANCE PAY | 15.00 | 15.45 |
| DEC02P | 10:57 | 01-02-02 | PERFORMANCE PAY | 42.80 | 58.25 |
| 000084 | 14:09 | 01-02-02 | SALE / REGULAR | 38.15- | 20.10 |
| 4B46D2 | 16:51 | 01-02-02 | DEPOSIT ITS FUNDS | 1.00- | 19.10 |
| 4B6B4E | 22:21 | 01-02-02 | DEPOSIT ITS FUNDS | 2.00- | 17.10 |
| 1075 | 13:43 | 01-03-02 | COMMISSARY FORM | 5.00- | 12.10 |
| 4BA0F3 | 17:15 | 01-04-02 | DEPOSIT ITS FUNDS | 1.00- | 11.10 |
| 4BA44F | 18:27 | 01-04-02 | DEPOSIT ITS FUNDS | 3.00- | 8.10 |
| 4BD432 | 9:39 | 01-06-02 | DEPOSIT ITS FUNDS | 1.00- | 7.10 |
| 000056 | 12:48 | 01-07-02 | SALE / REGULAR | 6.15- | .95 |
| T09247 | 13:12 | 01-10-02 | MONEY ORDER | 25.00 | 25.95 |
| 4C5470 | 20:20 | 01-10-02 | DEPOSIT ITS FUNDS | 1.00- | 24.95 |
| 4C5D8F | 22:36 | 01-10-02 | DEPOSIT ITS FUNDS | 1.00- | 23.95 |
| 4C7B4D | 9:16 | 01-12-02 | DEPOSIT ITS FUNDS | 1.00- | 22.95 |
| 4CAC23 | 21:29 | 01-13-02 | DEPOSIT ITS FUNDS | 1.00- | 21.95 |
| 4CAE61 | 23:16 | 01-13-02 | DEPOSIT ITS FUNDS | 1.00- | 20.95 |
| 000063 | 12:18 | 01-14-02 | SALE / REGULAR | 13.10- | 7.85 |
| 000103 | 13:37 | 01-14-02 | SALE / REGULAR | .90- | 6.95 |
| 4CB4D6 | 16:41 | 01-14-02 | DEPOSIT ITS FUNDS | 1.00- | 5.95 |
| 4CB5D6 | 16:51 | 01-14-02 | DEPOSIT ITS FUNDS | 2.00- | 3.95 |
| T09554 | 14:19 | 01-15-02 | MONEY ORDER | 30.00 | 33.95 |
| 4CCC15 | 16:48 | 01-15-02 | DEPOSIT ITS FUNDS | 2.00- | 31.95 |
| 4CD5B9 | 20:57 | 01-15-02 | DEPOSIT ITS FUNDS | 2.00- | 29.95 |
| 4CE3DD | 17:32 | 01-16-02 | DEPOSIT ITS FUNDS | 1.00- | 28.95 |
| 4D0554 | 22:30 | 01-17-02 | DEPOSIT ITS FUNDS | 1.00- | 27.95 |
| 4D32AB | 9:32 | 01-20-02 | DEPOSIT ITS FUNDS | 1.00- | 26.95 |
| 4D59C9 | 22:32 | 01-21-02 | DEPOSIT ITS FUNDS | 1.00- | 25.95 |
| 4D5A48 | 23:17 | 01-21-02 | DEPOSIT ITS FUNDS | 1.00- | 24.95 |
| 000067 | 12:46 | 01-22-02 | SALE / REGULAR | 20.05- | 4.90 |
| 4D76CA | 18:39 | 01-23-02 | DEPOSIT ITS FUNDS | 1.00- | 3.90 |
| 4DB56D | 9:20 | 01-27-02 | DEPOSIT ITS FUNDS | 1.00- | 2.90 |
| 4DB670 | 10:40 | 01-27-02 | DEPOSIT ITS FUNDS | 1.00- | 1.90 |
| 4DCE05 | 19:25 | 01-28-02 | DEPOSIT ITS FUNDS | 1.00- | .90 |
| JAN02P | 12:28 | 02-01-02 | PERFORMANCE PAY | 26.04 | 26.94 |

ACCOUNT
STATEMENT
CI EDGEFIELD--LIMITED OFFICIAL USE

DATE 08/20/02
PAGE No.03

Account # 82407079

MORTIMER, JOHN E.
D2

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|------|
| 4E351D | 22:41 | 02-01-02 | DEPOSIT ITS FUNDS | 1.00- | 25.94 |
| 4E6249 | 21:26 | 02-02-02 | DEPOSIT ITS FUNDS | 1.00- | 24.94 |
| 000052 | 12:30 | 02-04-02 | SALE / REGULAR | 15.80- | 9.14 |
| 4E9D4A | 19:04 | 02-04-02 | DEPOSIT ITS FUNDS | 1.00- | 8.14 |
| 4EDC7E | 20:22 | 02-06-02 | DEPOSIT ITS FUNDS | 1.00- | 7.14 |
| 4EFB44 | 21:07 | 02-07-02 | DEPOSIT ITS FUNDS | 1.00- | 6.14 |
| 4F21F2 | 10:52 | 02-09-02 | DEPOSIT ITS FUNDS | 1.00- | 5.14 |
| 4F4EB9 | 19:30 | 02-10-02 | DEPOSIT ITS FUNDS | 1.00- | 4.14 |
| T11761 | 14:18 | 02-11-02 | MONEY ORDER | 50.00 | 54.14 |
| 000067 | 12:30 | 02-12-02 | SALE / REGULAR | 19.40- | 34.74 |
| 4F75B5 | 17:15 | 02-12-02 | DEPOSIT ITS FUNDS | 2.00- | 32.74 |
| 4F7F48 | 20:37 | 02-12-02 | DEPOSIT ITS FUNDS | 1.00- | 31.74 |
| 4F9CAA | 22:47 | 02-13-02 | DEPOSIT ITS FUNDS | 1.00- | 30.74 |
| 4FF6DF | 17:20 | 02-17-02 | DEPOSIT ITS FUNDS | 1.00- | 29.74 |
| 000039 | 11:45 | 02-19-02 | SALE / REGULAR | 16.65- | 13.09 |
| 000040 | 11:46 | 02-19-02 | SALE / REGULAR | 2.70- | 10.39 |
| 502059 | 18:19 | 02-19-02 | DEPOSIT ITS FUNDS | 1.00- | 9.39 |
| 50501C | 21:15 | 02-21-02 | DEPOSIT ITS FUNDS | 1.00- | 8.39 |
| 505DE4 | 18:55 | 02-22-02 | DEPOSIT ITS FUNDS | 1.00- | 7.39 |
| 506FF7 | 16:28 | 02-23-02 | DEPOSIT ITS FUNDS | 1.00- | 6.39 |
| 507F2E | 12:42 | 02-24-02 | DEPOSIT ITS FUNDS | 1.00- | 5.39 |
| 50830A | 17:01 | 02-24-02 | DEPOSIT ITS FUNDS | 1.00- | 4.39 |
| 50BA91 | 22:25 | 02-27-02 | DEPOSIT ITS FUNDS | 1.00- | 3.39 |
| 50BAAF | 22:54 | 02-27-02 | DEPOSIT ITS FUNDS | 2.00- | 1.39 |
| FEB02P | 12:00 | 03-01-02 | PERFORMANCE PAY | 26.04 | 27.43 |
| MARFRP | 13:23 | 03-01-02 | FIN. RESP. ACT | 25.00- | 2.43 |
| T13441 | 14:12 | 03-01-02 | MONEY ORDER | 100.00 | 102.43 |
| 51012E | 10:37 | 03-02-02 | DEPOSIT ITS FUNDS | 1.00- | 101.43 |
| 51233D | 8:24 | 03-03-02 | DEPOSIT ITS FUNDS | 1.00- | 100.43 |
| 512484 | 9:15 | 03-03-02 | DEPOSIT ITS FUNDS | 4.00- | 96.43 |
| 000052 | 12:09 | 03-04-02 | SALE / REGULAR | 27.40- | 69.03 |
| 516321 | 21:30 | 03-04-02 | DEPOSIT ITS FUNDS | 1.00- | 68.03 |
| 000079 | 13:00 | 03-05-02 | SALE / REGULAR | 4.25- | 63.78 |
| 5181D5 | 21:37 | 03-05-02 | DEPOSIT ITS FUNDS | 1.00- | 62.78 |
| 5199BB | 20:56 | 03-06-02 | DEPOSIT ITS FUNDS | 1.00- | 61.78 |
| 51AA9B | 17:30 | 03-07-02 | DEPOSIT ITS FUNDS | 1.00- | 60.78 |
| 51B314 | 20:22 | 03-07-02 | DEPOSIT ITS FUNDS | 2.00- | 58.78 |
| 1677 | 14:59 | 03-08-02 | COMMISSARY FORM | 6.00- | 52.78 |
| 1678 | 14:59 | 03-08-02 | COMMISSARY FORM | 30.00- | 22.78 |
| 51CF64 | 20:25 | 03-08-02 | DEPOSIT ITS FUNDS | 1.00- | 21.78 |
| 51D962 | 9:42 | 03-09-02 | DEPOSIT ITS FUNDS | 1.00- | 20.78 |
| 51F30F | 21:52 | 03-09-02 | DEPOSIT ITS FUNDS | 1.00- | 19.78 |
| 5210AB | 22:36 | 03-10-02 | DEPOSIT ITS FUNDS | 2.00- | 17.78 |
| 52259F | 21:45 | 03-11-02 | DEPOSIT ITS FUNDS | 1.00- | 16.78 |

ACCOUNT
STATEMENT
CI EDGEFIELD--LIMITED OFFICIAL USE

DATE 08/20/02
PAGE No.04

Account # 82407079

MORTIMER, JOHN E.
D2

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|--|
| 522FD2 | 17:48 | 03-12-02 | DEPOSIT ITS FUNDS | 1.00- | 15.78 |
| 52362A | 20:10 | 03-12-02 | DEPOSIT ITS FUNDS | 1.00- | 14.78 |
| 5254B1 | 23:02 | 03-13-02 | DEPOSIT ITS FUNDS | 1.00- | 13.78 |
| 5283A0 | 7:39 | 03-16-02 | DEPOSIT ITS FUNDS | 1.00- | 12.78 |
| 5293B1 | 15:27 | 03-17-02 | DEPOSIT ITS FUNDS | 1.00- | 11.78 |
| 000087 | 13:06 | 03-18-02 | SALE / REGULAR | 7.95- | 3.83 |
| 529CDF | 21:33 | 03-18-02 | DEPOSIT ITS FUNDS | 1.00- | 2.83 |
| 52B141 | 16:55 | 03-22-02 | DEPOSIT ITS FUNDS | 1.00- | 1.83 |
| 52B85D | 15:14 | 03-23-02 | DEPOSIT ITS FUNDS | 1.00- | .83 |
| T15907 | 14:21 | 04-01-02 | MONEY ORDER | 50.00 | 50.83 |
| MAR02P | 15:13 | 04-01-02 | PERFORMANCE PAY | 43.20 | 94.03 |
| 5379F2 | 17:17 | 04-01-02 | DEPOSIT ITS FUNDS | 1.00- | 93.03 |
| 538E9E | 21:50 | 04-01-02 | DEPOSIT ITS FUNDS | 3.00- | 90.03 |
| 53AE49 | 21:12 | 04-02-02 | DEPOSIT ITS FUNDS | 1.00- | 89.03 |
| 53E506 | 19:46 | 04-04-02 | DEPOSIT ITS FUNDS | 1.00- | 88.03 |
| 54092D | 21:05 | 04-05-02 | DEPOSIT ITS FUNDS | 1.00- | 87.03 |
| 5427EF | 20:38 | 04-06-02 | DEPOSIT ITS FUNDS | 1.00- | 86.03 |
| 542DCF | 6:53 | 04-07-02 | DEPOSIT ITS FUNDS | 1.00- | 85.03 |
| 000076 | 12:14 | 04-08-02 | SALE / REGULAR | 27.99- | 57.04 |
| 5469FD | 16:55 | 04-09-02 | DEPOSIT ITS FUNDS | 1.00- | 56.04 |
| 5471CE | 19:51 | 04-09-02 | DEPOSIT ITS FUNDS | 1.00- | 55.04 |
| 2032 | 9:19 | 04-10-02 | COMMISSARY FORM | 5.00- | 50.04 |
| 2034 | 9:20 | 04-10-02 | COMMISSARY FORM | 30.00- | 20.04 |
| 54A7D2 | 21:04 | 04-11-02 | DEPOSIT ITS FUNDS | 1.00- | 19.04 |
| 54ACC9 | 23:05 | 04-11-02 | DEPOSIT ITS FUNDS | 1.00- | 18.04 |
| 54C571 | 22:37 | 04-12-02 | DEPOSIT ITS FUNDS | 1.00- | 17.04 |
| 54EA77 | 15:59 | 04-14-02 | DEPOSIT ITS FUNDS | 1.00- | 16.04 |
| 000065 | 12:25 | 04-15-02 | SALE / REGULAR | 5.75- | 10.29 |
| 5512F7 | 17:53 | 04-16-02 | DEPOSIT ITS FUNDS | 1.00- | 9.29 |
| 552D59 | 20:40 | 04-17-02 | DEPOSIT ITS FUNDS | 1.00- | 8.29 |
| 552DE8 | 20:48 | 04-17-02 | DEPOSIT ITS FUNDS | 2.00- | 6.29 |
| 553B9A | 17:20 | 04-18-02 | DEPOSIT ITS FUNDS | 1.00- | 5.29 |
| 557334 | 9:39 | 04-21-02 | DEPOSIT ITS FUNDS | 1.00- | 4.29 |
| 558146 | 21:01 | 04-21-02 | DEPOSIT ITS FUNDS | 1.00- | 3.29 |
| 558BBB | 17:47 | 04-22-02 | DEPOSIT ITS FUNDS | 1.00- | 2.29 |
| 558F87 | 20:13 | 04-22-02 | DEPOSIT ITS FUNDS | 1.00- | 1.29 |
| 559AC8 | 17:35 | 04-23-02 | DEPOSIT ITS FUNDS | 1.00- | .29 |
| T18113 | 14:31 | 04-29-02 | MONEY ORDER | 50.00 | 50.29 |
| 55FA78 | 20:45 | 04-29-02 | DEPOSIT ITS FUNDS | 1.00- | 49.29 |
| 55FD67 | 22:16 | 04-29-02 | DEPOSIT ITS FUNDS | 1.00- | 48.29 |
| 560938 | 20:39 | 04-30-02 | DEPOSIT ITS FUNDS | 1.00- | 47.29 |
| APR02P | 11:44 | 05-01-02 | PERFORMANCE PAY | 43.20 | 90.49 |
| 5631EC | 21:33 | 05-01-02 | DEPOSIT ITS FUNDS | 1.00- | 89.49 |
| 565233 | 21:23 | 05-02-02 | DEPOSIT ITS FUNDS | 1.00- | 88.49 |

ACCOUNT
STATEMENT
CI EDGEFIELD--LIMITED OFFICIAL USE

DATE 08/20/02
PAGE No.05

Account # 82407079

MORTIMER, JOHN E.
D2

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|------|
| 5655AD | 22:18 | 05-02-02 | DEPOSIT ITS FUNDS | 2.00- | 86.49 |
| 5679C7 | 10:49 | 05-04-02 | DEPOSIT ITS FUNDS | 1.00- | 85.49 |
| 56A26A | 14:45 | 05-05-02 | DEPOSIT ITS FUNDS | 1.00- | 84.49 |
| 56A29B | 14:51 | 05-05-02 | DEPOSIT ITS FUNDS | 4.00- | 80.49 |
| 000067 | 12:55 | 05-06-02 | SALE / REGULAR | 19.15- | 61.34 |
| 56EA17 | 17:33 | 05-08-02 | DEPOSIT ITS FUNDS | 1.00- | 60.34 |
| 56EEBD | 20:03 | 05-08-02 | DEPOSIT ITS FUNDS | 1.00- | 59.34 |
| 2368 | 9:54 | 05-09-02 | COMMISSARY FORM | 5.00- | 54.34 |
| 56FE62 | 16:36 | 05-09-02 | DEPOSIT ITS FUNDS | 1.00- | 53.34 |
| 570E3D | 22:12 | 05-09-02 | DEPOSIT ITS FUNDS | 1.00- | 52.34 |
| 57412F | 23:13 | 05-11-02 | DEPOSIT ITS FUNDS | 2.00- | 50.34 |
| 5744A2 | 9:16 | 05-12-02 | DEPOSIT ITS FUNDS | 5.00- | 45.34 |
| 576072 | 20:29 | 05-12-02 | DEPOSIT ITS FUNDS | 5.00- | 40.34 |
| 000058 | 12:22 | 05-13-02 | SALE / REGULAR | 18.30- | 22.04 |
| 57AA55 | 19:05 | 05-16-02 | DEPOSIT ITS FUNDS | 2.00- | 20.04 |
| 57B33A | 21:56 | 05-16-02 | DEPOSIT ITS FUNDS | 2.00- | 18.04 |
| 57BC5A | 17:40 | 05-17-02 | DEPOSIT ITS FUNDS | 1.00- | 17.04 |
| 57BF19 | 19:30 | 05-17-02 | DEPOSIT ITS FUNDS | 1.00- | 16.04 |
| 57C81D | 7:39 | 05-18-02 | DEPOSIT ITS FUNDS | 1.00- | 15.04 |
| 57CBAB | 10:52 | 05-18-02 | DEPOSIT ITS FUNDS | 1.00- | 14.04 |
| 57F1A4 | 22:50 | 05-19-02 | DEPOSIT ITS FUNDS | 1.00- | 13.04 |
| 000064 | 12:26 | 05-20-02 | SALE / REGULAR | 8.90- | 4.14 |
| 57F5E1 | 16:36 | 05-20-02 | DEPOSIT ITS FUNDS | 1.00- | 3.14 |
| 57FC71 | 20:48 | 05-20-02 | DEPOSIT ITS FUNDS | 1.00- | 2.14 |
| 5803E2 | 16:41 | 05-21-02 | DEPOSIT ITS FUNDS | 1.00- | 1.14 |
| 585705 | 9:34 | 05-26-02 | DEPOSIT ITS FUNDS | 1.00- | .14 |
| MCC030 | 14:16 | 05-29-02 | COMMISSARY FORM | 10.00 | 10.14 |
| 58A8EC | 17:21 | 05-31-02 | DEPOSIT ITS FUNDS | 1.00- | 9.14 |
| 58A9E3 | 18:01 | 05-31-02 | DEPOSIT ITS FUNDS | 2.00- | 7.14 |
| 58B81D | 9:57 | 06-01-02 | DEPOSIT ITS FUNDS | 1.00- | 6.14 |
| 58DE93 | 14:41 | 06-02-02 | DEPOSIT ITS FUNDS | 2.00- | 4.14 |
| 58E455 | 18:26 | 06-02-02 | DEPOSIT ITS FUNDS | 2.00- | 2.14 |
| 000061 | 12:20 | 06-03-02 | SALE / REGULAR | 1.30- | .84 |
| MAY02P | 13:00 | 06-03-02 | PERFORMANCE PAY | 28.80 | 29.64 |
| JUNFRP | 15:06 | 06-03-02 | FIN. RESP. ACT | 25.00- | 4.64 |
| 592FAA | 23:17 | 06-04-02 | DEPOSIT ITS FUNDS | 2.00- | 2.64 |
| 596E80 | 17:40 | 06-07-02 | DEPOSIT ITS FUNDS | 1.00- | 1.64 |
| 59FDF9 | 16:52 | 06-13-02 | DEPOSIT ITS FUNDS | 1.00- | .64 |
| T21842 | 14:15 | 06-17-02 | MONEY ORDER | 25.00 | 25.64 |
| 5A6C51 | 21:13 | 06-17-02 | DEPOSIT ITS FUNDS | 1.00- | 24.64 |
| 2804 | 14:14 | 06-19-02 | COMMISSARY FORM | 4.25- | 20.39 |
| 5A95F9 | 23:23 | 06-19-02 | DEPOSIT ITS FUNDS | 1.00- | 19.39 |
| 000074 | 18:50 | 06-20-02 | SALE / REGULAR | 13.40- | 5.99 |
| 5AB363 | 19:59 | 06-21-02 | DEPOSIT ITS FUNDS | 1.00- | 4.99 |

```
                        ACCOUNT
                        STATEMENT   -
CI EDGEFIELD--LIMITED OFFICIAL USE              DATE 08/20/02
                                                PAGE No.06


                                    Account # 82407079


        MORTIMER, JOHN E.
        D2
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|---|
| 5ACF36 | 9:16 | 06-23-02 | DEPOSIT ITS FUNDS | 1.00- | 3.99 |
| 5AE5E3 | 10:51 | 06-25-02 | DEPOSIT ITS FUNDS | 1.00- | 2.99 |
| 5AF09E | 10:51 | 06-25-02 | DEPOSIT ITS FUNDS | 1.00- | 1.99 |
| 5B3258 | 14:53 | 06-29-02 | DEPOSIT ITS FUNDS | 1.00- | .99 |
| JUN02P | 11:32 | 07-01-02 | PERFORMANCE PAY | 43.20 | 44.19 |
| 000106 | 15:21 | 07-01-02 | SALE / REGULAR | 24.15- | 20.04 |
| 5B574B | 16:43 | 07-01-02 | DEPOSIT ITS FUNDS | 1.00- | 19.04 |
| 5B6F4E | 21:27 | 07-01-02 | DEPOSIT ITS FUNDS | 4.00- | 15.04 |
| 000018 | 11:21 | 07-02-02 | SALE / REGULAR | 3.00- | 12.04 |
| 000019 | 11:22 | 07-02-02 | SALE / REGULAR | .35- | 11.69 |
| T22894 | 13:07 | 07-02-02 | MONEY ORDER | 50.00 | 61.69 |
| 5B7FE9 | 18:04 | 07-02-02 | DEPOSIT ITS FUNDS | 1.00- | 60.69 |
| 5B91CE | 21:55 | 07-02-02 | DEPOSIT ITS FUNDS | 3.00- | 57.69 |
| T22918 | 12:35 | 07-03-02 | MONEY ORDER | 50.00 | 107.69 |
| 5B9FE4 | 17:36 | 07-03-02 | DEPOSIT ITS FUNDS | 2.00- | 105.69 |
| 5BBC0E | 17:15 | 07-04-02 | DEPOSIT ITS FUNDS | 1.00- | 104.69 |
| 5BD2B6 | 16:40 | 07-05-02 | DEPOSIT ITS FUNDS | 2.00- | 102.69 |
| 5BF98E | 6:23 | 07-07-02 | DEPOSIT ITS FUNDS | 1.00- | 101.69 |
| 5BFAD1 | 9:13 | 07-07-02 | DEPOSIT ITS FUNDS | 1.00- | 100.69 |
| 000083 | 13:28 | 07-08-02 | SALE / REGULAR | 43.15- | 57.54 |
| 5C1ABC | 17:25 | 07-08-02 | DEPOSIT ITS FUNDS | 2.00- | 55.54 |
| 5C26D7 | 23:06 | 07-08-02 | DEPOSIT ITS FUNDS | 3.00- | 52.54 |
| 2980 | 9:10 | 07-10-02 | COMMISSARY FORM | 30.00- | 22.54 |
| 5C53E8 | 23:17 | 07-10-02 | DEPOSIT ITS FUNDS | 1.00- | 21.54 |
| 5C6722 | 22:34 | 07-11-02 | DEPOSIT ITS FUNDS | 1.00- | 20.54 |
| 5C77A0 | 21:20 | 07-12-02 | DEPOSIT ITS FUNDS | 1.00- | 19.54 |
| 5C8FAB | 22:45 | 07-13-02 | DEPOSIT ITS FUNDS | 2.00- | 17.54 |
| 5CA0BC | 21:20 | 07-14-02 | DEPOSIT ITS FUNDS | 2.00- | 15.54 |
| 000058 | 12:34 | 07-15-02 | SALE / REGULAR | 2.00- | 13.54 |
| 5CB16D | 21:38 | 07-15-02 | DEPOSIT ITS FUNDS | 2.00- | 11.54 |
| 5CB24D | 21:52 | 07-15-02 | DEPOSIT ITS FUNDS | 1.00- | 10.54 |
| 5CDE56 | 18:10 | 07-18-02 | DEPOSIT ITS FUNDS | 1.00- | 9.54 |
| 5CEEF1 | 17:52 | 07-19-02 | DEPOSIT ITS FUNDS | 1.00- | 8.54 |
| 5D1CAB | 22:33 | 07-21-02 | DEPOSIT ITS FUNDS | 1.00- | 7.54 |
| 5D3531 | 21:22 | 07-23-02 | DEPOSIT ITS FUNDS | 1.00- | 6.54 |
| 5D3588 | 21:29 | 07-23-02 | DEPOSIT ITS FUNDS | 1.00- | 5.54 |
| 5D59A5 | 16:50 | 07-26-02 | DEPOSIT ITS FUNDS | 1.00- | 4.54 |
| 5D6818 | 13:21 | 07-27-02 | DEPOSIT ITS FUNDS | 1.00- | 3.54 |
| 5D769F | 14:00 | 07-28-02 | DEPOSIT ITS FUNDS | 1.00- | 2.54 |
| JUL02P | 19:15 | 08-01-02 | PERFORMANCE PAY | 43.00 | 45.54 |
| 5DCBF5 | 16:54 | 08-02-02 | DEPOSIT ITS FUNDS | 1.00- | 44.54 |
| 5DE102 | 23:05 | 08-02-02 | DEPOSIT ITS FUNDS | 1.00- | 43.54 |
| 5DF3C4 | 16:34 | 08-03-02 | DEPOSIT ITS FUNDS | 1.00- | 42.54 |
| 5E0B0C | 14:58 | 08-04-02 | DEPOSIT ITS FUNDS | 1.00- | 41.54 |

```
                    ACCOUNT
                    STATEMENT    -
CI EDGEFIELD--LIMITED OFFICIAL USE              DATE 08/20/02
                                                PAGE No.07


                                     Account # 82407079


        MORTIMER, JOHN E.
        D2
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|------|
| 5E0B1E | 15:00 | 08-04-02 | DEPOSIT ITS FUNDS | 2.00- | 39.54 |
| 000041 | 12:30 | 08-05-02 | SALE / REGULAR | 25.80- | 13.74 |
| 5E224D | 17:21 | 08-05-02 | DEPOSIT ITS FUNDS | 1.00- | 12.74 |
| 000038 | 12:06 | 08-06-02 | SALE / REGULAR | 3.00- | 9.74 |
| T24945 | 12:58 | 08-06-02 | MONEY ORDER | 25.00 | 34.74 |
| 5E3575 | 17:33 | 08-06-02 | DEPOSIT ITS FUNDS | 1.00- | 33.74 |
| 5E3FCA | 21:46 | 08-06-02 | DEPOSIT ITS FUNDS | 2.00- | 31.74 |
| 5E779D | 22:57 | 08-09-02 | DEPOSIT ITS FUNDS | 1.00- | 30.74 |
| 5E9D64 | 20:37 | 08-11-02 | DEPOSIT ITS FUNDS | 1.00- | 29.74 |
| 5EA074 | 21:40 | 08-11-02 | DEPOSIT ITS FUNDS | 1.00- | 28.74 |
| 000075 | 12:55 | 08-12-02 | SALE / REGULAR | 14.90- | 13.84 |
| 5EAFD8 | 21:56 | 08-12-02 | DEPOSIT ITS FUNDS | 1.00- | 12.84 |
| 5EB95E | 18:38 | 08-13-02 | DEPOSIT ITS FUNDS | 1.00- | 11.84 |
| 5ED2A9 | 21:09 | 08-14-02 | DEPOSIT ITS FUNDS | 2.00- | 9.84 |
| 5ED5F0 | 22:44 | 08-14-02 | DEPOSIT ITS FUNDS | 2.00- | 7.84 |
| 5EDA1A | 16:31 | 08-15-02 | DEPOSIT ITS FUNDS | 1.00- | 6.84 |
| 5EDEE4 | 19:17 | 08-15-02 | DEPOSIT ITS FUNDS | 3.00- | 3.84 |
| 5EEDCE | 16:56 | 08-16-02 | DEPOSIT ITS FUNDS | 1.00- | 2.84 |
| 5EF470 | 20:48 | 08-16-02 | DEPOSIT ITS FUNDS | 1.00- | 1.84 |
| 5F0782 | 21:21 | 08-17-02 | DEPOSIT ITS FUNDS | 1.00- | .84 |

```
                **** TRANSACTION TOTAL ****       19.92-
```

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .84 | .00 | .00 | .00 | .84 |