27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER | § | |
| | § | CIVIL ACTION NO. 00-171 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-466 |
| UNITED STATES OF AMERICA | § | |

## ORDER

John Edward Mortimer has filed an Application to Proceed Without Prepayment of Fees and Affidavit.

IT IS HEREBY **ORDERED** that said Application to Proceed Without Prepayment of Fees is **GRANTED**.

Done at Brownsville, Texas, this 10th day of September, 2002.

John Wm. Black
United States Magistrate Judge