# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 27, 2002

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 02-40892    USA v. Mortimer
USDC No.   B-00-CV-171
           B-98-CR-466-ALL
```

The court has granted appellant's motion to reinstate the appeal.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Jodi Rodrigue, Deputy Clerk
    504-310-7718

Mr Michael N Milby, Clerk
Mr John Edward Mortimer
Mr James Lee Turner

P.S. To All:   Please be advised certificate of appealability is
               still pending in District Court.

MOT-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
                        Deputy
New Orleans, Louisiana    SEP 27 2002