**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-171 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-466 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

ORDER

Petitioner, John Edward Mortimer, has filed a Motion To Discharge Term of Imprisonment pursuant to U.S.S.G. § 5G1.3. The United States Government is hereby ordered to file a response by February 3, 2003.

DONE at Brownsville, Texas, this 18th day of December, 2002.

_____
John Wm. Black
United States Magistrate Judge