IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-98-466 |
| | § | |
| JOHN EDWARD MORTIMER, | § | |
| Petitioner. | § | |
| (C.A. NO. B-00-171) | § | |

MOTION FOR LEAVE TO FILE RESPONSE TWO DAYS OUT-OF-TIME

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter, "the government", files this motion requesting leave to file its response to John Edward Mortimer's motion to discharge term of imprisonment two days out-of-time and in support thereof would show the court the following:

I.

On December 19, 2002, this court ordered the government to respond to John Edward Mortimer's supplemental motion to vacate his judgment of conviction by February 3, 2003. Since that date, the undersigned Assistant United States Attorney prepared government responses in the following cases:

| | | |
|---|---|---|
| *U.S. v. Saenz-Bordon* | 02-20840 | 1 / 2 /2003 |
| *U..S. v. Urapo-Pacheco* | 02-20715 | 1 / 2/ 2003 |
| *U.S. v. Regino* | C-020441 | 1 /2 / 2003 |
| *U.S. v. Holliman* | 02-20014 | 1 /6 / 2003 |
| *U.S. v. Cardenas* | H-92-102 | 1 / 6 /2003 |

| | | |
|---|---|---|
| *U.S. v. Nest* | H-94-285 | 1 / 7 / 2003 |
| *U.S. v Hiram-Sanchez* | H-93-215 | 1 / 8 / 2003 |
| *U.S. v. Hurtado-Hilario* | 02-41516 | 1 / 8 / 2003 |
| *U.S. v. Eli Thomas* | C-02-479 | 1 / 10 / 2003 |
| *U.S. v. Cantu-Renteria* | C-02-491 | 1 / 14 / 2003 |
| *U.S. v. House* | H-02-4178 | 1 / 15 / 2003 |
| *U.S. v. Cisneros* | B-02-191 | 1 / 21 / 2003 |
| *U.S. v. Fraga-Seruti* | C-02-325 | 1 / 22 / 2003 |
| *U.S. v. Barrientes* | 02-40568 | 1 / 23 / 2003 |
| *U.S. v. Maldonado* | C-02-482 | 1 / 28 / 2003 |

The government has completed its response and is filing it contemporaneously with this motion. The additional two days were needed so that the government could fairly review Mortimer.'s pro se pleading and review the applicable authorities in order to prepare a cogent response that would assist the court in resolving the issue presented in Mortimer's motion. This request is made not for purposes of delay but so that justice may be done.

The government prays that this court enter an order granting it until February 5, 2003 to file its response.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: *[signature]*

JAMES L. TURNER
Assistant United States Attorney
Attorney for respondent
P.O. Box 61129
Houston, Texas 77208
State bar No. 20316950
Fed.Id.No. 1406
(713) 567-9102

CERTIFICATE OF SERVICE

I, James L. Turner, do hereby certify that a copy of the foregoing Motion For Leave to File Response Out-Of-Time has been mailed on this the 5 day of February, 2003, via certified mail, return receipt requested to

Mr. John Edward Mortimer
Reg No. 98176-079
Federal Prison Camp
P.O. Box 725
Edgefield, S.C. 29824

*[signature]*

JAMES L. TURNER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Respondent, | §<br>§<br>§ | |
| vs. | §<br>§ | C.R. NO. B-98-466 |
| JOHN EDWARD MORTIMER<br>(C.A. B-00-171) | §<br>§<br>§ | |

## ORDER

It is hereby ORDERED that the government's motion leave to file its response two days out-of time is GRANTED.

SIGNED this _____ day of _____ 2003.


_____
UNITED STATES DISTRICT JUDGE