United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Respondent, | §<br>§<br>§ | |
| vs. | § | C.R. NO. B-98-466 |
| | § | |
| JOHN EDWARD MORTIMER<br>(C.A. B-00-171) | §<br>§<br>§ | |

### ORDER

It is hereby ORDERED that the government's motion leave to file its response two days out-of-time (DOCKET No. 32) is GRANTED.

SIGNED this ___7___ day of __Feb__ 2003.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
      MAGISTRATE

4