United States District Court
Southern District of Texas
ENTERED

APR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

39

| | | |
|---|---|---|
| JOHN EDWARD MORTIMER, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-171 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-466 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 20, 2003, should be adopted and the Motion to Discharge Term of Imprisonment be denied.

IT IS THEREFORE **ORDERED** that the Report and Recommendation is hereby **ADOPTED**, and Petitioner's Motion to Discharge Term of Imprisonment be **DENIED**.

DONE in Brownsville, Texas, on this _22_ day of _April_, 20_03_.

Hilda G. Tagle
United States District Judge